**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**SECURITIES AND EXCHANGE COMMISSION,**

***Plaintiff,***

**v.** **Case No.: 4:22cv370-MW/MJF**

**TIMOTHY BARTON, et al.,**

***Defendants.***

______________________________/

## ORDER CLOSING FILE

This case was opened in error. Accordingly, the Clerk shall close the file.

**SO ORDERED on October 21, 2022.**

**s/Mark E. Walker**
**Chief United States District Judge**